# United States District Court

## for the

## Eastern District of New York

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender



FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.
★ NOV 28 2011 ★
BROOKLYN OFFICE

Case Number: **0207 1:96CR00843-002**

Name of Offender: **Mario Gallo**

Name of Sentencing Judicial Officer:   Honorable Edward R. Korman

Date of Original Sentence:   9/23/1997

Original Offense:   RACKETEERING ACTIVITY - MURDER/KIDNAPPING -

Original Sentence:   Imprisonment - 180 M
Supervised Release - 120 M
Probation - 0

Type of Supervision:   TSR          Date Supervision Commenced:   11/9/2009

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for   years, for a total term of   years.

[ X ]   To modify the conditions of supervision as follows:

**For a period of 3 months, the defendant shall be confined to his/her residence, commencing on a date approved by the U.S. Probation Office. The defendant shall be required to be at his/her residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs, and at other such times as maybe specifically authorized, in advance, by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow all location monitoring procedures. The defendant shall permit the Probation Officer access to the residence at all times and maintain a telephone without any custom services at the residence. During this period, the defendant may be placed on a curfew if the U.S. Probation Office determines that this less restrictive form of location monitoring is appropriate. The defendant shall pay all the costs associated with the location monitoring services and shall disclose all financial information and documents to the Probation Department to assess his/her ability to pay.**

Prob 12B                                                           -2-         *Request for Modifying the Conditions or*
                                                                                    *Terms of Supervision with Consent of the Offender*
*Name of Offender:* Mario Gallo                                                           *Case Number: 0207 1:96CR00843-002*

## CAUSE

See attached memorandum, which details the cause for the aforementioned modification of conditions.

                                                    Respectfully submitted,

                                              by   _____
                                                    Richard Azarian
Approved:                                           U.S. Probation Officer
_____                           Date: November 15, 2011
Joseph Franco, SUSPO

THE COURT ORDERS:

[✓]   The Modification of Conditions as Noted Above
[ ]   The Extension of Supervision as Noted Above
[ ]   No Action
[ ]   Other




                                                    s/Edward R. Korman
                                                    _____
                                                    Signature of Judicial Officer

                                                    _____11/17/11_____
                                                                    Date

GALLO, Mario
Dkt.# 96-CR-843-2

PROB 49
(NYEP-10/28/05)

# United States District Court

## EASTERN DISTRICT OF NEW YORK

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and the assistance of counsel before any unfavorable change(s) may be made in my conditions of Probation and/or Supervised Release or before my period of supervision can be extended. By assistance of counsel, " I understand that I have the right to be represented at a hearing by counsel of my choosing if I am able to retain counsel. I also understand that I have the right to request that the Court appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel. "

I hereby voluntarily waive my statutory right to a hearing and to the assistance of counsel. I also hereby agree to the following modification (s) of my conditions of Probation and/or Supervised Release or to the proposed extension of my term of supervision:

*For a period of 3 months, the defendant shall be confined to his/her residence, commencing on a date approved by the U.S. Probation Office. The defendant shall be required to be at his/her residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs, and at other such times as maybe specifically authorized, in advance, by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow all location monitoring procedures. The defendant shall permit the Probation Officer access to the residence at all times and maintain a telephone without any custom services at the residence. During this period, the defendant may be placed on a curfew if the U.S. Probation Office determines that this less restrictive form of location monitoring is appropriate. The defendant shall pay all the costs associated with the location monitoring services and shall disclose all financial information and documents to the Probation Department to assess his/her ability to pay.*

Witness: _____        Signed _____
         U.S. Probation Officer                     Probationer or Supervised

                                    Nov. 10, 2011
                                        Date